The Honorable Michael H. Simon

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JEANETTA E. ROTH, Personal Representative for the Estate of Robert A. Roth,<br><br>    Plaintiff,<br><br>    v.<br><br>ASBESTOS CORPORATION, LTD., et al.,<br><br>    Defendants. | NO. 3:13-cv-00209-SI<br><br>DEFENDANTS GENERAL ELECTRIC COMPANY AND CBS CORPORATION JURY DEMAND<br><br>**DEMAND FOR JURY TRIAL** |

TO:     THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

AND TO:     ALL COUNSEL OF RECORD

Pursuant to Fed. R. Civ. Pro. 38, Defendants General Electric Company and CBS Corporation hereby demand a trial by jury.

///

///

///

///

///

DEFENDANTS GENERAL ELECTRIC COMPANY AND CBS CORPORATION JURY DEMAND - 1
(3:13-cv-000209-SI)

**Sedgwick, LLP**
520 Pike Tower, 520 Pike St, Ste. 2200
Seattle, WA 98101
(206) 462-7560

1  Respectfully submitted this 6th day of February, 2013.

3                                                s/Eliot M. Harris, OSB #116968
                                              Christopher S. Marks, OSB #022052
Attorneys for Defendants General Electric Company and CBS Corporation
SEDGWICK LLP
520 Pike Street, Suite 2200
Seattle, WA  98101
Telephone:  (206) 462-7560
Email: Chris.Marks@sedgwicklaw.com
Email: Eliot.Harris@sedgwicklaw.com

DEFENDANTS GENERAL ELECTRIC COMPANY AND CBS CORPORATION JURY DEMAND - 2
(3:13-cv-000209-SI)

**Sedgwick, LLP**
520 Pike Tower, 520 Pike St, Ste. 2200
Seattle, WA  98101
(206) 462-7560

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey S. Mutnick
LAW OFFICE OF JEFFREY S. MUTNICK
737 SW Vista Avenue
Portland, OR 97205
jmutnick@mutnicklaw.com
*Attorneys for Plaintiffs*

Signed at Seattle, Washington this 6th day of February, 2013.

s/Eliot M. Harris, OSB #116968
Christopher S. Marks, OSB #022052
Attorneys for Defendants General Electric
Company and CBS Corporation
SEDGWICK LLP
520 Pike Street, Suite 2200
Seattle, WA 98101
Telephone: (206) 462-7560
Email: Chris.Marks@sedgwicklaw.com
Email: Eliot.Harris@sedgwicklaw.com

DEFENDANTS GENERAL ELECTRIC COMPANY AND CBS CORPORATION JURY DEMAND - 3
(3:13-cv-000209-SI)

Sedgwick, LLP
520 Pike Tower, 520 Pike St, Ste. 2200
Seattle, WA 98101
(206) 462-7560